**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK E. BROWN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J. DOERER, Warden,<br><br>　　　　　Respondent. | Case No.  5:23-cv-1791-CV-RAO<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus ("FAP"), Dkt. No. 8; Respondent's Answer to the FAP, Dkt. No. 38; Petitioner's Traverse to Respondent's Answer, Dkt. No. 47; Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. No. 49; Petitioner's Opposition to the Report, Dkt. No. 51; Addendum to Petitioner's Objection to the Report, Dkt. No. 52; and all of the records and files herein.

　　　　The Court has engaged in a *de novo* review of those portions of the Report which Petitioner has objected to and does not find Petitioner's objections persuasive. In his addendum, Petitioner attaches an order from the U.S. Court of Appeals for the Tenth Circuit. Dkt. No. 52 at 4–6. Although the Court acknowledges the Tenth Circuit's footnote regarding discharge of Petitioner's sentence, the Tenth Circuit's decision relates to only one of Petitioner's three convictions. *Id*.  Because Petitioner

is subject to multiple sentences stemming from three convictions, they are treated as a "single, aggregate term of imprisonment." 18 U.S.C. § 3584(c). The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge contained in the Report.

IT IS ORDERED that the FAP is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED: 8/26/25

*Cynthia Valenzuela*
CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE