JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. BROWN,<br><br>    Petitioner,<br><br>    v.<br><br>J. DOERER, Warden,<br><br>    Respondent. | Case No. 5:23-cv-1791-CV-RAO<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 8/26/25

*Cynthia Valenzuela*
CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE